PROB 12C
(7/93)

Report Date: March 1, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Allen Seaman       Case Number: 2:07CR00109-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: June 3, 2008

Original Offense:    Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 40 Months;         Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: Aine Ahmed               Date Supervision Commenced: October 22, 2010

Defense Attorney:    Gerald R Smith           Date Supervision Expires: October 21, 2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On February 27, 2012, Robert Seaman was arrested for the offense of assault/domestic violence. Officers were advised by the defendant's girlfriend that, on that date, the two were arguing about Mr. Seaman having some of his friends over and that she did not approve of them around their children. As they argued, Mr. Seaman spit in her face, grabbed her by her sweatshirt, and attempted to strangle her. It was reported that he later punched her in the ear and held a knife to her throat. Responding officers observed physical evidence consistent to the reported assault to include red marks around the girlfriend's neck, her ear red, a small cut on her neck, and her sweatshirt that was ripped. Subsequently, the defendant was located and arrested. He posted bail on February 28, 2012, and was released from custody. Charges remain pending in Spokane Municipal Court.

Prob12C
Re: Seaman, Robert Allen
March 1, 2012
Page 2

The U.S. Probation Office respectfully recommends that the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/01/2012

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/5/12
Date