# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

August 8, 2012

REPLY TO  **Spokane**




AUG 09 2012

The Honorable Lonny R. Suko
United States District Judge
William O. Douglas Federal Building
25 South Third Street, 2nd Floor
Yakima, WA 98901-2742

RE: SEAMAN, Robert Allen
Docket No.: 2:07CR00109-001
**REQUEST RELEASE FROM RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**

Dear Judge Suko:

On March 13, 2012, the Court modified Mr. Seaman's conditions of supervised release to include placement at the Port of Hope, a residential reentry center (RRC) in Coeur d'Alene, Idaho, for a period of up to 180 days. Also, the Court ordered him to complete a mental health evaluation and follow any treatment recommendations of the evaluating professional. This modification was in response to the defendant's violation of supervised release on February 27, 2012, when he was arrested for assault/domestic violence.

The defendant began his placement at the RRC on March 20, 2012, and has been in compliance with the rules of the RRC. He completed a mental health evaluation on March 29, 2012. On August 2, 2012, the defendant plead guilty in Spokane County District Court to assault 4th degree domestic violence. He was sentenced to 22 days jail with credit for 22 days time served. Additionally, the no contact order between him and the victim was lifted on May 2, 2012.

Therefore, the undersigned probation officer respectfully recommends that Mr. Seaman be released from the RRC facility with all other conditions of supervised release to remain in effect.

August 8, 2012
Page 2

Should Your Honor require a different course of action, or require a Court appearance by Mr. Seaman, please advise the undersigned officer.

           Respectfully submitted,

           Scott M. Morse, Sr.
           Chief U.S. Probation Officer


           s/Shane Moore   8/08/2012
           Shane Moore    Date
           U.S. Probation Officer

APPROVED BY:



s/Matthew L. Thompson   08/08/2012
Matthew L. Thompson   Date
Supervising U.S. Probation Officer

SM:ms


THE COURT ORDERS

[ ]  No Action
[X]  Release from Residential Reentry Center Placement
[ ]  Other

                       Signature of Judicial Officer

                       8/7/12
                       Date